**Fill in this information to identify your case:**

Debtor 1: **David** **Allen** **Luquette**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **24-90307**

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $17,684.00 | $17,684.00 | $0.00 |

**Attorney General/Child Sup Div**
Priority Creditor's Name
**Attn: Bankruptcy/Child Supprt Division**
Number    Street
**PO Box 12017**

**Austin**         **TX**    **78711**
City            State    ZIP Code

Last 4 digits of account number   **2   6   3   8**

When was the debt incurred?   **11/15/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **David Allen Luquette**  Case number (if known) **24-90307**

**Part 1:   Your PRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** — **$1,000.00** — **$1,000.00** — **$0.00**

**Texas Workforce Comm**
Priority Creditor's Name
**Office of Attorney General Bkrptcy**
Number   Street
**PO Box 12548**

**Austin**   **TX**   **78711-2548**
City   State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **2023-24**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

---

**2.3** — **$5,306.00** — **$5,306.00** — **$0.00**

**W. David Stephens**
Priority Creditor's Name
**P. O. Box 444**
Number   Street
**103 E Denman Ave**

**Lufkin**   **TX**   **75901**
City   State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **12/23/2024**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other.  Specify  **Attorney fees for this case**

Debtor 1  **David Allen Luquette**    Case number (if known) **24-90307**

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**   **$71.00**

**Aspire**
Nonpriority Creditor's Name
**PO Box 659701**
Number   Street

**West Des Moines   IA   50265**
City   State   ZIP Code

Last 4 digits of account number **4  4  4  1**
When was the debt incurred? **2023**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**4.2**   **$6,401.99**

**Ayar Law**
Nonpriority Creditor's Name
**Notice Bankruptcy**
Number   Street
**30095 NW Hwy, Ste 102**

**Farmington   MI   48334**
City   State   ZIP Code

Last 4 digits of account number  __  __  __  __
When was the debt incurred? **2021-2024**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **services**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor 1  **David Allen Luquette**      Case number (if known) **24-90307**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3 — $100.00

**Berger Montague**
Nonpriority Creditor's Name
**Provider ID 4629  PIN 3ACF**
Number    Street
**811 Blue Hills Ave**

**Bloomfield**    **CT**    **06002**
City    State    ZIP Code

Last 4 digits of account number **4 6 2 9**
When was the debt incurred? **2023**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **overpayment refund request**

Is the claim subject to offset?
☑ No
☐ Yes

### 4.4 — $3,500.00

**Capital One**
Nonpriority Creditor's Name
**Bankruptcy Notice**
Number    Street
**PO Box 30285**

**Salt Lk City**    **UT**    **84130-0285**
City    State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

### 4.5 — $8,800.00

**Carla Morgan CPA**
Nonpriority Creditor's Name
**2103 South St**
Number    Street

**Nacogdoches**    **TX**    **75964**
City    State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2024**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **service**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 4

Debtor 1  **David Allen Luquette**  Case number (if known) **24-90307**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.6**  $494.00

**Credence Resource Mgmt**
Nonpriority Creditor's Name
**Direct TV AT&T**
Number   Street
**PO Box 1253**

**Southgate**   **MI**   **48195-0253**
City   State   ZIP Code

Last 4 digits of account number **2 3 9 4**
When was the debt incurred? **2023**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -AT&T**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.7**  $494.00

**Credence Resource Mgmt, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 2300**

**Southgate**   **MI**   **48195**
City   State   ZIP Code

Last 4 digits of account number **2 3 9 4**
When was the debt incurred? **06/2024**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.8**  $5,670.00

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 3025**

**New Albany**   **OH**   **43054**
City   State   ZIP Code

Last 4 digits of account number **0 6 2 0**
When was the debt incurred? **05/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **David Allen Luquette**  Case number (if known) **24-90307**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**   $107,000.00

**IRS**
Nonpriority Creditor's Name
**PO Box 7346**
Number    Street

**Philadelphia    PA    19101-7346**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   **12/31/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**4.10**   $51,000.00

**Max Recovery Group**
Nonpriority Creditor's Name
**MID 374258371888**
Number    Street
**55 Broadway, 3rd Floor**

**New York    NY    10006**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Non-Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**4.11**   $71,000.00

**PAC Western Financial LLC**
Nonpriority Creditor's Name
**222 S Main St, 5th Floor**
Number    Street

**Salt Lake City    UT    84101**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   **8/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **avoidable jgmt lien**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1  **David Allen Luquette**                          Case number (if known) **24-90307**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**  $0.00

**San Augustine Tax Assessor**
Nonpriority Creditor's Name
**100 W. Columbia, Rm 102**
Number    Street

**San Augustine    TX    75972**
City              State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**tax**

**4.13**  $1,800.00

**Synchrony/Ashley Furn Homestore**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando    FL    32896**
City        State  ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**  **5  6  1  8**
**When was the debt incurred?**  **10/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Charge Account**

**4.14**  $46,000.00

**US Dept HHS HRSA Cares Provid**
Nonpriority Creditor's Name
**Agency Ref no 739015267**
Number    Street
**PO Box 19438**

**Springfield    IL    62794**
City            State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**  **8  1  1  9**
**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**money loaned**

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 7

Debtor 1   **David Allen Luquette**                                   Case number (if known)   **24-90307**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.15**                                                                                                          **$39,000.00**

**US Dept HHS HRSA Cares Provid**
Nonpriority Creditor's Name
**Bankruptcy Notice**
Number    Street
**PO Box 19438**

**Springfield        IL      62794**
City              State   ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **money loaned**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.16**                                                                                                          **$0.00**

**US Small Bus Assn**
Nonpriority Creditor's Name
**National Disaster Loan Rs Cntr**
Number    Street
**200 W Santa Ana, no 180**

**Santa Ana         CA      92701**
City              State   ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.17**                                                                                                          **$15,011.00**

**US Small Business Administration**
Nonpriority Creditor's Name
**PO Box 3918**
Number    Street

**Portland           OR      97208-3918**
City              State   ZIP Code

Last 4 digits of account number   **8   0   0   2**
When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **unsecured loan**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1  **David Allen Luquette**  Case number (if known) **24-90307**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Aspen Medical Products**
Name
**6481 Oak Canyon**
Number     Street

**Irvine     CA     92618**
City        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Berger Montague**
Name
**Provider ID 4629  PIN 3ACF**
Number     Street
**1818 Market St, no 3600**

**Philadelphia     PA     19103**
City             State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Billy Max Hammer, Receiver**
Name
**Case no 2022-000552-3 Ft Worth**
Number     Street
**PO Box 8587**

**Round Rock     TX     78683**
City            State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**District Clerk Tarrant Co TX**
Name
**case no 2022-000552-3**
Number     Street
**100 N Calhoun St**

**Fort Worth     TX     76196**
City           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Mackie Wolf & Zientz PC**
Name
**Parkway Office Cntr, Ste 900**
Number     Street
**14160 North Dallas Pkwy**

**Dallas     TX     75254**
City        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 9

Debtor 1 **David Allen Luquette** Case number (if known) **24-90307**

### Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**PAC Western Financial LLC**
Name
**co Law Office Glenn Snyder**
Number   Street
**627 Mercury Ave, STE 106**

**Duncanville**   **TX**   **75137**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Stephen Elggren PC**
Name
**Atty for PAC Western Fin LLC**
Number   Street
**PO Box 1726**

**Draper**   **UT**   **84020**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Totz Ellison & Totz, PC**
Name
**for Aspen Mdical Products**
Number   Street
**2211 Norfolk, Ste 510**

**Houston**   **TX**   **77098**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Truist Bank**
Name
**Bankruptcy Dept**
Number   Street
**PO Box 26149**

**Richmond**   **VA**   **23260**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1  **David Allen Luquette**  Case number (if known)  **24-90307**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | **$17,684.00** |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$1,000.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$5,306.00** |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$23,990.00** |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | **$71.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$356,270.99** |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$356,341.99** |